# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 14 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDWARD M. STEFAN
Plaintiff

vs

EL NORTENO TACO SHOP, DANIEL AMADOR, ANNIS FAMILY TRUST and DOES 1 THROUGH 10
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1486 LAB POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ. CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 14 2008
DATE

K. HAMMERLY
By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)