Duane H. Sceper (CSB # 104004)
Attorney at Law
P.O. Box 1551
Hayfork, California 96041
Telephone: (619) 232-8917

Attorney for Plaintiff Edward M. Stefan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>Plaintiff,<br><br>v.<br><br>EL NORTENO TACO SHOP, DANIEL AMADOR, ANNIS FAMILY TRUST and DOES 1 THROUGH 10<br><br>Defendants | CASE NO: 08 CV 1486 LAB POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: September 8, 2008

Respectfully submitted,

/s/ DUANE H. SCEPER
Duane H. Sceper, Esq.
Attorney for Plaintiff
E-mail: dhs@thelegalway.com